UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA WILEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>    Defendants. | Case No.: 11-cv-2012-YGR<br><br>**JUDGMENT** |

The issues in this action having been duly considered and the Court having granted Defendant's Motion for Summary Judgment, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint.

**IT IS SO ORDERED.**

Dated: September 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**